UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARY DUEY DULA, | ) |
| Plaintiff pro se, | ) |
| v. | ) Civil Action No. 08-0196 (RBW) |
| U.S. DEPARTMENT OF JUSTICE, et al. | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

**THE CLERK OF THE COURT** will please enter the appearance of Special Assistant United States Attorney Brandon L. Lowy as counsel of record for the Defendants U.S. Department of Justice, National Security Agency, and Central Intelligence Agency. Undersigned counsel does not represent "any other U.S. government agencies and any other parties acting on their behalf," as they have yet to be identified. See Complaint ¶ 1.

Respectfully submitted,

/s/_____
BRANDON L. LOWY,
Special Assistant United States Attorney
555 Fourth St., NW, Room E4405
Washington, D.C. 20530
Phone: (202) 307-0364
Fax: (202) 514-8780
Brandon.Lowy@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of April, 2008, I caused the foregoing Notice of Appearance to be filed via the Court's Electronic Case Filing system, and served upon Plaintiff, *pro se*, by first-class mail, postage prepaid, addressed as follows:

GARY DUEY DULA, Plaintiff pro se
6207 Tecumseh Place
Berwyn Heights, MD 20740

    /s/
BRANDON L. LOWY