UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

GARY DUEY DULA, Plaintiff <u>pro se</u>
   6207 TECUMSEH PLACE               \*
   BERWYN HEIGHTS, MARYLAND 20740
   PHONE: 301-441-3669 (HOME AND WORK)  \*

v.                                   \*       CIVIL ACTION NO. 08-0196(RBW)

U.S. DEPARTMENT OF JUSTICE, <u>et al</u>.    \*

Defendants                     \*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFF'S RESPONSE TO:
DEFENDANT'S MOTION TO TRANSFER VENUE AND FOR
ENLARGEMENT OF TIME TO RESPOND TO THE COMPLAINT**

In response to the Defendant's motion the Plaintiff states:

1. Plaintiff concurs with Defendant's request for enlargement of time to respond to the Plaintiff's complaint. The Plaintiff misunderstood the Defendant's request in this regard in earlier conversations.

2. Plaintiff opposes, for good cause, the transfer of venue of this Civil Action from U.S. District Court for the District of Columbia to U.S. District Court for the (Southern) District of Maryland in Greenbelt, Maryland.

3. Plaintiff requests a 60-day extension (30 days minimum) in the time required to fully respond to the Defendant's Motion to Transfer Venue. Plaintiff's reasons for requesting more time to respond to Defendant's motion are as follows:

RECEIVED
MAY - 2 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

a) The Defendants are not prejudiced by the Plaintiff's request for more time, as the Plaintiff's request is consistent with the Defendant's request for the enlargement of time as stated in their motion.

b) The Plaintiff pro se has an essential and immediate need for viable legal counsel in this proceeding and requests additional time to search out and acquire such counsel.

c) Plaintiff requests additional time to frame a response that is both proper and detailed under direction of legal counsel and consistent with the Rules and procedures of the Court.

## ARGUMENT

The Plaintiff opposes the Defendant's Motion to Transfer Venue and intends to fully respond to the Defendant's arguments. Defendant NSA has not as yet responded to the Plaintiff's complaint and summons. The Plaintiff concurs on the Defendant's request for more time to respond to the complaint, which is reasonable. For these reasons the Plaintiff also requests additional time to frame a response to the motion that is both proper and detailed under direction of legal counsel and consistent with the Rules and procedures of the Court. That is, the Plaintiff requires competent legal representation and more time in order to properly argue against the motion.

The Defendants in this case include the NSA, with the endless resources of the U.S. Government, and two major U.S. corporations, ITT Industries and Northrop Grumman Corporation both of which are represented by first-tier law firms. The Plaintiff, pro se is merely an individual U.S. citizen with no legal training and no possibility of obtaining justice in this Court without real and competent legal advocacy. Additional time is required to obtain viable legal representation.

2

## **CONCLUSION**

The Plaintiff requests that the court grant an extension of time, for good cause, to allow the Plaintiff to attain viable legal counsel and to frame a proper response to the Defendant's Motion to Transfer Venue. The Defendant's are not prejudiced by the Plaintiff's request to extend the time to respond to the motion.

_____
Gary D. Dula, Plaintiff *pro se*
6207 Tecumseh Place
Berwyn Heights, MD 20740
Phone: (301) 441-3669 (Home and Work)

## CERTIFICATE OF SERVICE

I hereby certify on this 2ND day of May, 2008 that I caused the foregoing **PLAINTIFF'S RESPONSE TO: DEFENDANT'S MOTION TO TRANSFER VENUE AND FOR ENLARGEMENT OF TIME TO RESPOND TO THE COMPLAINT** to be served upon the Defendants by first-class U.S Mail, postage prepaid, addressed as follows:

BRANDON L. LOWY
Special Assistant United States Attorney
555 Fourth Street, NW
Washington, DC 20530

U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

National Security Agency
Fort George G. Meade, MD 20755

Central Intelligence Agency
Washington, DC 20505

Michael Mukasey
U.S. Attorney General
Department of Justice
10TH & Constitution Avenue, NW
Washington, DC 20530


_____
Gary D. Dula, Plaintiff *pro se*
6207 Tecumseh Place
Berwyn Heights, MD 20740
Phone: (301) 441-3669 (Home and Work)