1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

GARY DUEY DULA, PLAINTIFF PRO SE　　　　*
   6207 TECUMSEH PLACE
   BERWYN HEIGHTS, MARYLAND 20740
   PHONE: 301-441-3669 (HOME AND WORK)　*
   v.　　　　　　　　　　　　　　　　　　　　　　CIVIL ACTION NO. RBW-08-CV-0196
U.S. DEPARTMENT OF JUSTICE,　　　　　*
AND
NATIONAL SECURITY AGENCY,　　　　　*
AND
CENTRAL INTELLIGENCE AGENCY,　　　*
DEFENDENTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## AFFIDAVIT OF SERVICE

I.    **FIRST MAILING OF COMPLAINT AND SUMMONS**

I, Gary Duey Dula, hereby declare that on the 6TH day of February 2008, I mailed a copy of the Complaint and Summons via U.S. First Class Certified Mail with Domestic Return Receipt requested to the following:

| ADDRESSEE | ARTICLE NUMBER (See Note 1.) |
|---|---|
| U.S. Attorney, District of Columbia<br>501 Third Street, NW<br>Washington, DC 20001 | 7007 2560 0000 7142 8560 |
| U.S. Department of Justice<br>950 Pennsylvania Avenue, N.W.<br>Washington, DC 20530 | 7007 2560 0000 7142 8553 |
| Central Intelligence Agency<br>Washington, DC 20505 | 7007 2560 0000 7143 3939 |
| National Security Agency<br>Fort George G. Meade, MD 20755 | 7007 2560 0000 7143 3922 |
| U.S. Attorney General<br>950 Pennsylvania Ave., NW<br>Washington, DC 20530 | 7007 2560 0000 7142 8546 |

Attached hereto are copies of the Certified Mail Receipts (e.g., PS FORM 3800) and Domestic Return Receipts (e.g., PS FORM 3811 "Green Card") acknowledging service as Enclosure 1.

RECEIVED
JUN - 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

NOTE 1: All PS FORMS 3800 and 3811 bearing Article Numbers identified above which document service of the Complaint and Summons were out of my possession and control from February 18, 2008 to March 13, 2008 under circumstances that were both suspicious and consistent with the Plaintiff's allegations in this proceeding. I cannot affirm under oath that the information shown on these forms, including the Article Number has not been altered. The PS FORM 3811 was never received from addressee Central Intelligence Agency.

II.  SECOND MAILING OF COMPLAINT AND SUMMONS

I, Gary Duey Dula, hereby declare that on the 28TH day of March 2008, I mailed a copy of the Summons and Complaint via U.S. First Class Certified Mail with Domestic Return Receipt requested to the following:

| ADDRESSEE | ARTICLE NUMBER (See Note 2.) |
|---|---|
| U.S. Attorney, District of Columbia<br>501 Third Street, NW<br>Washington, DC 20001 | 7008 0150 0001 4737 0573 |
| U.S. Department of Justice<br>950 Pennsylvania Avenue, N.W.<br>Washington, DC 20530 | 7008 0150 0001 4737 0542 |
| Central Intelligence Agency<br>Washington, DC 20505 | 7008 0150 0001 4737 0528 |
| National Security Agency<br>Fort George G. Meade, MD 20755 | 7008 0150 0001 4737 0511 |
| U.S. Attorney General<br>950 Pennsylvania Ave., NW<br>Washington, DC 20530 | 7008 0150 0001 4737 0566 |
| Michael Mukasey<br>Attorney General<br>Department of Justice<br>10TH & Constitution Avenue, NW<br>Washington, DC 20530 | 7008 0150 0001 4737 0559 |

Attached hereto are copies of the Certified Mail Receipts (e.g., PS FORM 3800) and Domestic Return Receipts (e.g., PS FORM 3811 "Green Card") acknowledging service as Enclosure 2.

NOTE 2: All PS FORMS 3800 and 3811 bearing Article Numbers identified above which document service of the Complaint and Summons may have been out of my possession and control for some period of time between March 28, 2008 and late May 2008 under circumstances that were both suspicious and consistent with the Plaintiff's allegations in this proceeding. I cannot affirm under oath that the information shown on these forms, including the Article Number has not been altered. The PS FORM 3811 was never received from addressee Central Intelligence Agency.

III. <u>THIRD MAILING OF COMPLAINT AND SUMMONS</u>

I, Gary Duey Dula, hereby declare that on the 27TH day of May 2008, I mailed a copy of the Summons and Complaint via U.S. First Class Certified Mail with Domestic Return Receipt requested to the following:

| ADDRESSEE | ARTICLE NUMBER |
|---|---|
| Jeffrey A. Taylor<br>U.S. Attorney for the District of Columbia<br>Judiciary Center Building<br>555 4TH Street, NW<br>Washington, DC 20001 | 7007 2560 0002 1143 8053 |
| Central Intelligence Agency<br>Washington, DC 20505 | 7007 2560 0002 1143 8046 |
| Michael Mukasey<br>U.S. Attorney General<br>Department of Justice<br>10TH & Constitution Avenue, NW<br>Washington, DC 20530 | 7007 2560 0002 1185 0534 |

Attached hereto as Enclosure 3 are copies of the Certified Mail Receipts (e.g., PS FORM 3800) confirming that the articles were properly mailed. The corresponding Domestic Return Receipts (e.g., PS FORM 3811 "Green Cards") acknowledging service have not yet been received from the U.S. Attorney for the District of Columbia or from the Central Intelligence Agency as of the date of this affidavit.

*[signature]*
Gary D. Dula, Plaintiff *pro se*
6207 Tecumseh Place
Berwyn Heights, MD 20740
Phone: (301) 441-3669

## CERTIFICATE OF SERVICE

I hereby certify on this 4TH day of June 2008 that I caused the foregoing Plaintiff's **AFFIDAVIT OF SERVICE** of the Complaint and Summons in Civil No. RBW-08-CV-0196 to be served upon the Defendants by first-class U.S Mail, postage prepaid, addressed as follows:

BRANDON L. LOWY
Special Assistant United States Attorney
555 Fourth Street, NW
Washington, DC 20530

U.S. Attorney, District of Columbia
501 Third Street, NW
Washington, DC 20001

Jeffrey A. Taylor
U.S. Attorney for the District of Columbia
Judiciary Center Building
555 4TH Street, NW
Washington, DC 20001

U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

Michael Mukasey
U.S. Attorney General
Department of Justice
10TH & Constitution Avenue, NW
Washington, DC 20530

National Security Agency
Fort George G. Meade, MD 20755

Central Intelligence Agency
Washington, DC 20505


_____
Gary D. Dula, Plaintiff *pro se*
6207 Tecumseh Place
Berwyn Heights, MD 20740
Phone: (301) 441-3669 (Home and Work)

ENCLOSURE 1 (1 of 3)

---

**Receipt 1 (top-left, Return Receipt):**

- Summons & Complaint; US Dist. Ct. DC; Case: 1:08-CV-00196
- A. Signature: X [signature]
- B. Received by (Printed Name): [illegible] — FEB 12 2008
- ☒ Agent / ☐ Addressee
- Service Type: ☒ Certified Mail
- Article Number: 7007 2560 0000 7142 8553
- 1. Article Addressed to:
  U.S. Department of Justice
  950 Pennsylvania Ave, NW
  Washington, DC 20530
- PS Form 3811, February 2004 — Domestic Return Receipt

**Receipt 2 (top-right, Certified Mail Receipt):**

- U.S. Postal Service Certified Mail Receipt
- WASHINGTON DC 20530
- Postage: $1.48
- Certified Fee: $2.65
- Return Receipt Fee: $2.15
- Restricted Delivery Fee: $0.00
- Total Postage & Fees: $6.28
- Postmark: 02/06/2008
- 7007 2560 0000 7142 8553
- Sent To: U.S. Department of Justice
- 950 Pennsylvania Ave., NW
- Washington, DC 20530
- Summons & Complaint, US Dist. Ct. DC, Case: 1:08-CV-00196
- PS Form 3800, August 2006

**Receipt 3 (bottom-left, Certified Mail Receipt):**

- U.S. Postal Service Certified Mail Receipt
- WASHINGTON DC 20001
- Postage: $1.65
- Certified Fee: $2.65
- Return Receipt Fee: $2.15
- Restricted Delivery Fee: $0.00
- Total Postage & Fees: $6.45
- Postmark: 02/06/2008
- 7007 2560 0000 7142 8560
- Sent To: U.S. Attorney, District of Columbia
- 501 Third Street, NW
- Washington, DC 20001
- Summons & Complaint; US Dist. Ct. DC; Case: 1:08-CV-00196
- PS Form 3800, August 2006

**Receipt 4 (bottom-right, Return Receipt):**

- Summons & Complaint; US Dist. Ct. DC; Case: 1:08-CV-00196
- A. Signature: X [signature]
- B. Received by (Printed Name): [illegible] — FEB 2[?] 2008
- ☒ Agent / ☐ Addressee
- Service Type: ☒ Certified Mail
- Article Number: 7007 2560 0000 7142 8560
- 1. Article Addressed to:
  US Attorney, District of Columbia
  501 Third Street, NW
  Washington, DC 20001
- PS Form 3811, February 2004 — Domestic Return Receipt

ENCLOSURE (2 of 3)

---

**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

Sent To: National Security Agency
Street, Apt. No.; or PO Box No.
City, State, ZIP+4: Fort George G. Meade, MD 20755

Postage: $1.65
Certified Fee: $2.65
Return Receipt Fee: $2.15
Restricted Delivery Fee: $0.00
Total Postage & Fees: $6.45
Postmark 02/06/2008

Annotation: "Summons & Complaint; US Dist Ct DC case 1:08-CV-00196"

PS Form 3800, August 2006

7007 2560 0000 7143 3922

---

**Domestic Return Receipt** — PS Form 3811, February 2004

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Annotation: "Summons & Complaint; US Dist Ct DC case 1:08-CV-00196"

1. Article Addressed to:
National Security Agency
Fort George G. Mead, MD 20755

COMPLETE THIS SECTION ON DELIVERY
A. Signature: X — RECEIVED IN MAIL CENTER
B. Received by (Printed Name): RECEIVED
C. Date of Delivery:
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: ☒ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number: 7007 2560 0000 7143 3922

102595-02-M-1540

---

**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

Sent To: U.S. Attorney General
Street, Apt. No.; or PO Box No.: 950 Pennsylvania Ave., NW
City, State, ZIP+4: Washington, DC 20530

Postage: $1.65
Certified Fee: $2.65
Return Receipt Fee: $2.15
Restricted Delivery Fee: $0.00
Total Postage & Fees: $6.45
Postmark 02/06/2008 — WASHINGTON DC 20530

Annotation: "Summons & Complaint; US Dist Ct DC Case 1:08-cv-..."

PS Form 3800, August 2006

7007 2560 0000 7142 8546

---

**Domestic Return Receipt** — PS Form 3811, February 2004

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Annotation: "Summons & Complaint; US Dist Ct DC case 1:08-CV-00196"

1. Article Addressed to:
U.S. Attorney General
950 Pennsylvania Ave., NW
Washington, DC 20530

COMPLETE THIS SECTION ON DELIVERY
A. Signature: X [signature]
B. Received by (Printed Name): [illegible] / 2/12/2008
C. Date of Delivery:
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: ☒ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number: 7007 2560 0000 7142 8546

102595-02-M-1540

ENCLOSURE 1   (3 of 3)



ENCLOSURE 2 (1 of 3)

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here — CLEVELAND PK STATION

Sent To: Michael Mukasey
Street, Apt. No.; or PO Box No.: Attorney General, Department of Justice
City, State, ZIP+4: 10th & Constitution Avenue, NW, Washington, DC 20530

7008 0150 0001 4737 0559

PS Form 3800, August 2006      See Reverse for Instructions

*2nd Mailing Summons & Complaint Case: 1:08-CV-00196*

---

**Summons & Complaint (2nd Mailing) (Case: 1:08-CV-00196 (RBW))**

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X [signature]  ☐ Agent  ☐ Addressee
B. Received by (Printed Name) [Name]  C. Date of Delivery MAR 31 2008
D. Is delivery address different from item 1? ☐ Yes ☐ No
   If YES, enter delivery address below:

1. Article Addressed to:
   Michael Mukasey
   Attorney General
   Department of Justice
   10TH & Constitution Avenue, NW
   Washington, DC 20530

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered  ☐ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☒ Yes

2. Article Number (Transfer from service label): 7008 0150 0001 4737 0559

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**Summons & Complaint (2nd Mailing) (Case: 1:08-CV-00196 (RBW))**

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X [signature]  ☐ Agent  ☐ Addressee
B. Received by (Printed Name) [Name]  C. Date of Delivery APR 01 2008
D. Is delivery address different from item 1? ☐ Yes ☐ No

1. Article Addressed to:
   U.S. Attorney, District of Columbia
   501 Third Street, NW
   Washington, DC 20001

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered  ☐ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7008 0150 0001 4737 0573

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here — CLEVELAND PK STATION MAR 2008

Sent To: U.S. Attorney, District of Columbia
Street, Apt. No.; or PO Box No.: 501 Third Street, NW
City, State, ZIP+4: Washington, DC 20001

7008 0150 0001 4737 0573

PS Form 3800, August 2006      See Reverse for Instructions

*2nd Mailing Summons & Complaint Case: 1:08-CV-00196*

ENCLOSURE 2 (2 of 3)

## U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

FORT GEORGE G MEADE MD 20755

| | | |
|---|---|---|
| Postage | $ | $1.48 |
| Certified Fee | | $2.65 |
| Return Receipt Fee (Endorsement Required) | | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $6.28 |

Postmark Here
2nd Mailing Summons & Complaint Case: 1:08-CV-00196

03/28/2008

Sent To: National Security Agency
Street, Apt. No.; or PO Box No.
City, State, ZIP+4: Fort George G. Meade, MD 20755

PS Form 3800, August 2006

7008 0150 0001 4737 0511

---

Summons & Complaint (2nd mailing) Case: 1:08-CV-00196 (RBW)

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name): [signature] APR 01 2008
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

1. Article Addressed to:
   U.S. Attorney General
   950 Pennsylvania Ave., NW
   Washington, DC 20530

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7008 0150 0001 4737 0566

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

Summons & Complaint (2nd mailing) Case: 1:08-CV-00196 (RBW)

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name): [illegible] APR 01 2008   NSA MAIL CENTER
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

1. Article Addressed to:
   National Security Agency
   Fort George G. Meade, MD 20755

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7008 0150 0001 4737 0511

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

## U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

WASHINGTON DC 20530   OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $1.99 |
| Certified Fee | | $2.65 |
| Return Receipt Fee (Endorsement Required) | | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $6.79 |

Postmark Here
2nd Mailing Summons & Complaint Case: 1:08-CV-00196

03/28/2008

Sent To: U.S. Attorney General
Street, Apt. No.; or PO Box No.: 950 Pennsylvania Ave, NW
City, State, ZIP+4: Washington, DC 20530

PS Form 3800, August 2006

7008 0150 0001 4737 0566

ENCLOSURE 2 (3 of 3)

**U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

7008 0150 0001 4737 0542

Sent To: U.S. Department of Justice
Street, Apt. No.; or PO Box No.: 950 Pennsylvania Avenue, NW
City, State, ZIP+4: Washington, DC 20530

---

**U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

7008 0150 0001 4737 0528

WASHINGTON DC 20505

| | | |
|---|---|---|
| Postage | $1.48 | 0252 |
| Certified Fee | $2.65 | 17 |
| Return Receipt Fee | $2.15 | Postmark Here |
| Restricted Delivery Fee | $0.00 | |
| Total Postage & Fees | $6.28 | 03/28/2008 |

Sent To: Central Intelligence Agency
City, State, ZIP+4: Washington, DC 20505

---

**SENDER: COMPLETE THIS SECTION / COMPLETE THIS SECTION ON DELIVERY**

Summons & Complaint (2nd Mailing) Case 1:08-CV-00196 (RBW)

A. Signature: X [signed] Agent/Addressee
B. Received by (Printed Name): [illegible]   Date of Delivery: MAR 31 2008
D. Is delivery address different from item 1? ☐ Yes ☐ No

1. Article Addressed to:
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530

3. Service Type: ☒ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number: 7008 0150 0001 4737 0542

PS Form 3811, February 2004   Domestic Return Receipt



ENCLOSURE 3 (1 of 1)