UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

GARY DUEY DULA, Plaintiff <u>pro se</u>
   6207 TECUMSEH PLACE                  \*
   BERWYN HEIGHTS, MARYLAND 20740
   PHONE: 301-441-3669 (HOME AND WORK) \*

v.                                      \*        CIVIL ACTION NO. 08-0196 (RBW)

U.S. DEPARTMENT OF JUSTICE, <u>et al</u>.    \*

Defendants                        \*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **MOTION FOR AN IMMEDIATE COURT ORDER FOR A WRIT OF PEREMPTORY MANDAMUS WITH DEMAND FOR SPECIFIC PERFORMANCE, AND AN INJUNCTION AGAINST THE DEFENDANTS**

The Plaintiff requests that this Honorable Court take the following immediate actions:

1. That the Court defers its decision to grant/deny the Defendants' Motion to Transfer Venue and grants the Plaintiff a ninety (90) day delay from the date of this filing in the obligatory filings by all parties of all pleadings, motions, memoranda, and responses (i.e., suspend the proceeding) until the conditions, as stated below, for terminating the 90-day delay herein requested have been met.

2. Plaintiff requests that this Court order an immediate <u>Writ of Peremptory Mandamus</u> and a <u>Demand for Specific Performance</u> as stated in the Complaint against the Department of Justice (DOJ) and that this Court demand an immediate investigation by the U.S. Attorney General's Office, the Federal Bureau of Investigation (FBI), and the U.S. Attorney for Maryland into Plaintiff's allegations of illegal acts and rights violations perpetrated against the Plaintiff and his family.

**RECEIVED**

JUL - 3 2008

**NANCY MAYER WHITTINGTON, CLERK**
**U.S. DISTRICT COURT**

1

3. Plaintiff requests that this Court order an immediate <u>Injunction</u> against CIA, NSA, and those acting on their behalf to cause the cessation of the illegal acts and rights violations alleged by the Plaintiff in the Complaint.

4. Plaintiff is seeking immediate assistance from this Court in reestablishing Plaintiff's unencumbered right to counsel. Efforts to deny legal advocacy to the Plaintiff as stated clearly and emphatically in the Complaint, are effective and continuing in nature and appear as attempts on the part of Defendants CIA and NSA to insure that the Plaintiff can neither advance nor prevail in this proceeding.

5. Terminate the requested delay/suspension and recommence this proceeding when the Office of the U.S. Attorney General, the DOJ/FBI, the U.S. Attorney for Maryland, the Plaintiff (and his counsel), and this Honorable Court have satisfactorily confirmed the safety and well being of the Plaintiff and his family and that our rights are not encumbered by the actions of the Defendants.

6. The Plaintiff requests an immediate answer from this Honorable Court to the questions of jurisdiction and authority of the Court in the adjudication of the Plaintiff's allegations as stated in the Complaint. Specifically, the Plaintiff requests an immediate answer from this Court to the following three questions:

   a) Does this Court have the jurisdiction and authority to demand an immediate investigation by the DOJ and other appropriate federal authorities into the Plaintiff's allegations of criminal acts, harassment, and rights violations by CIA and NSA against the Plaintiff and his family?

   b) Does this Court have the jurisdiction and authority to order an effective injunction against CIA, NSA, and those acting on their behalf to cause the actions alleged in the Complaint to cease?

   c) Can CIA and NSA be operating under a classified executive order or other authority that in effect "trumps" the jurisdiction and authority of this Court in this proceeding?

2

## **ARGUMENT**

The illegal acts and rights violations perpetrated against the Plaintiff and his family by the CIA, the NSA, and those acting on their behalf are comprehensive, effective, and ongoing in nature. With these circumstances as a backdrop, this civil action was commenced as a result of the failure of the safe harbors within the DOJ/FBI to respond to the call for intervention and protection by the Plaintiff and his family. The allegations are grave and would normally be expected to provoke an immediate substantive response from the DOJ/FBI, especially in light of the Plaintiff's education, professional background, former TOP SECRET clearance, and previous contact with CIA, NSA, and classified contractors including ITT Industries and Northrop Grumman Corp. Oddly, the DOJ/FBI, U.S. Attorney's Office, and other U.S government offices of refuge to the U.S. citizen have been told in effect to "stand down" and to ignore the demands by the plaintiff and his family for intervention and protection. The actions of the CIA, the NSA, and others alleged by the Plaintiff in this proceeding have not abated since the time this suit was filed. Prior to and throughout this proceeding the Plaintiff has been effectively blocked from attaining viable legal counsel. Based upon the experiences of multiple visits to several regional courthouses the Plaintiff finds reason to believe that the physical property, resources, processes, records, and personnel of the federal District courthouses in the District of Columbia and in Greenbelt Maryland are being improperly influenced by Defendants CIA and NSA and others acting on their behalf for reasons related to allegations in this suit. (Likewise, the Circuit Court for Anne Arundle County in Annapolis and the District and Circuit Courts for Prince Georges County in Upper Marlboro are believed by the Plaintiff to be similarly influenced.) Accordingly, the Plaintiff is finding it difficult if not impossible to advance his interests in this proceeding from a pro se posture. The Plaintiff therefore presses this Court for immediate relief through the requested Writ of Peremptory Mandamus, Demand for Specific Performance, and Injunction against the Defendants. The Plaintiff requests confirmation from this Court that this Court does indeed have the proper jurisdiction and authority over the Defendants in this matter adequate to administer justice for the Plaintiff.

## **CONCLUSION**

The Plaintiff has requested an immediate Writ of Peremptory Mandamus, an immediate Demand for Specific Performance, and an immediate Injunction against the Defendants. The Plaintiff also requested that this Court affirm that it does indeed have adequate jurisdiction and authority over Defendants DOJ, CIA, and NSA to administer justice for the Plaintiff in this proceeding. The actions requested herein of this Court by the Plaintiff do not prejudice the Defendants in any regard. The actions requested are believed to be reasonable, justified, within the discretionary power of the Court to grant, and essential to obtain justice for the Plaintiff in this proceeding.

_____
Gary D. Dula, Plaintiff *pro se*
6207 Tecumseh Place
Berwyn Heights, MD 20740
Phone: (301) 441-3669 (Home and Work)

## **CERTIFICATE OF SERVICE**

I hereby certify on this 5th day of July, 2008 that I caused the foregoing Plaintiff's <u>MOTION FOR AN IMMEDIATE COURT ORDER FOR A WRIT OF PEREMPTORY MANDAMUS WITH DEMAND FOR SPECIFIC PERFORMANCE, AND AN INJUNCTION AGAINST THE DEFENDANTS</u> to be served upon the Defendants by first-class U.S Mail, postage prepaid, addressed as follows:

BRANDON L. LOWY
Special Assistant United States Attorney
555 Fourth Street, NW
Washington, DC 20530

U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

National Security Agency
Fort George G. Meade, MD 20755

Central Intelligence Agency
Washington, DC 20505

Michael Mukasey
U.S. Attorney General
Department of Justice
10TH & Constitution Avenue, NW
Washington, DC 20530


_____
Gary D. Dula, Plaintiff *pro se*
6207 Tecumseh Place
Berwyn Heights, MD 20740
Phone: (301) 441-3669 (Home and Work)

5