UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GARY DUEY DULA, | ) |
| Plaintiff pro se, | ) |
| v. | ) Civil Action No. 08-0196 (RBW) |
| U.S. DEPARTMENT OF JUSTICE, et al. | ) |
| Defendants. | ) |

**NOTICE OF SUBSTITUTION OF COUNSEL**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney John G. Interrante as counsel for defendants in the above-captioned case, substituting for Special Assistant United States Attorney Brandon L. Lowy.

_____/s/_____
JOHN G. INTERRANTE
PA Bar # 61373
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7220
(202) 514-8780 (fax)
John.Interrante@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was served by First-Class mail, postage prepaid to:

GARY DUEY DULA, Plaintiff pro se
6207 Tecumseh Place
Berwyn Heights, MD 20740

on this 21th day of August, 2008.

                                                     ____/s/_____
                                                    JOHN G. INTERRANTE
                                                    Assistant United States Attorney
                                                    Civil Division
                                                    555 4th Street, N.W.
                                                    Washington, D.C. 20530
                                                    (202) 514-7220
                                                    (202) 514-8780 (fax)
                                                    John.Interrante@usdoj.gov